Joseph J. Tabacco, Jr. (Bar No. 75484)
Todd A. Seaver (SBN 271067)
Sarah Khorasanee McGrath (SBN 263935)
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Tel: (415) 433-3200
Fax: (415) 433-6382
Email: jtabacco@bermandevalerio.com
        tseaver@bermandevalerio.com
        skmcgrath@bermandevalerio.com

[Additional Counsel on Signature Page]

*Counsel for Plaintiff in Univisions-Crimson Holding, Inc. v. Samsung SDI Co., Ltd. et al,, Case No.3:12-cv-05682-JCS*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KEVIN YOUNG; BRADLEY SELDIN; and BRUCE STERMAN, Individually and on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LG CHEM, LTD.; LG CHEM AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SONY CORPORATION; SONY ENERGY DEVICES CORPORATION; SONY ELECTRONICS, INC.; SAMSUNG SDI CO., LTD.; HITACHI, LTD.; HITACHI MAXELL, LTD.; and MAXELL CORPORATION OF AMERICA, <br><br> Defendants. | Case No. 4:12-cv-05129-YGR <br><br> Related Case Nos. <br> 4:12-cv-05129-YGR <br> 4:12-cv-05159-YGR <br> 4:12-cv-05268-YGR <br> 4:12-cv-05274-YGR <br> 4:12-cv-05516-YGR <br> 4:12-cv-05532-YGR <br><br> Potentially Related Case Nos. <br> 3:12-cv-05678-LB <br> 4:12-cv-05681-DMR <br><br> **PLAINTIFF UNIVISIONS-CRIMSON HOLDING, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** <br><br> Courtroom 5, 2nd Floor <br> Hon. Yvonne Gonzales Rogers |

| | |
|---|---|
| UNIVISIONS-CRIMSON HOLDING, INC., a New York Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; LG CHEM, LTD.; LG CHEM AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SONY CORPORATION; SONY ENERGY DEVICES CORPORATION; SONY ELECTRONICS, INC.; HITACHI, LTD.; HITACHI MAXELL. LTD.; AND MAXELL CORPORATION OF AMERICA;<br><br>Defendants. | Case No. 3:12-cv-05682-JCS<br><br>Courtroom G, 15th Floor<br>Magistrate Judge Joseph C. Spero |

Pursuant to Local Rule 3-12(b), Plaintiff Univisons-Crimson Holding, Inc. ("Univisions"), in the action entitled *Univisions-Crimson Holding, Inc. v. Samsung SDI Co., Ltd., et al.,* No.3:12-cv-05682-JCS ("*Univisions* Action"), filed in this District on November 5, 2012, respectfully submits this Motion for Administrative Relief for the Court to consider whether the *Univisions* Action should be related to *Young v. LG Chem, Ltd., et al.,* No. 4:12-cv-05129-YGR (*"Young* Action"), the first filed case in this district pursuant to Civil Local Rule 3-12.

Pursuant to Civil Local Rule 3-12(d), Plaintiff Univisons-Crimson Holding, Inc. states that both the *Univisions* Action and the *Young* Action allege that many of the same defendants violated antitrust laws by illegally fixing prices of Lithium-Ion Rechargeable Batteries. Plaintiffs in the *Univisions* Action and the *Young* Action both raise claims for violations of the Sherman Act, 15 U.S.C. § 1.

Plaintiff Univisons-Crimson Holding, Inc. is aware of six cases that have been ordered related to the *Young* Action:

| | CASE NAME | CASE NUMBER & COURT | DATE FILED |
|---|---|---|---|
| 1. | *Young v. LG Chem, Ltd.* | 4:12-cv-05129-YGR (N.D. Cal.) | October 3, 2012 |
| 2. | *Hanlon v. LG Chem, Ltd.* | 4:12-cv-05159-YGR (N.D. Cal.) | October 4, 2012 |
| 3. | *Carte v. Samsung SDI Co., Ltd.* | 4:12-cv-05268-YGR (N.D. Cal.) | October 11, 2012 |
| 4. | *Gray v. Samsung SDI Co., Ltd.* | 4:12-cv-05274-DMR (N.D. Cal.) | October 11, 2012 |
| 5. | *Nelson v. Samsung SDI Co., Ltd.* | 4:12-cv-05516-LB (N.D. Cal.) | October 25, 2012 |
| 6. | *O'Neil v. Hitachi, Ltd.* | 4:12-cv-05532-KAW (N.D. Cal.) | October 26, 2012 |

In addition, Plaintiff Univisons-Crimson Holding, Inc. is aware of two cases filed on November 5, 2012, which are also potentially related to the *Young* Action:

| | CASE NAME | CASE NUMBER & COURT | DATE FILED |
|---|---|---|---|
| 7. | *Siegel v. LG Chem, Ltd.* | 3:12-cv-05678-LB (N.D. Cal.) | November 5, 2012 |
| 8. | *Katz-Lacabe v. Hitachi Ltd.* | 4:12-cv-05681-DMR (N.D. Cal.) | November 5, 2012 |

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

Pursuant to Local Rule 3-12, Plaintiff Univisons-Crimson Holding, Inc. respectfully requests that the action entitled *Univisions-Crimson Holding, Inc. v. Samsung SDI Co., Ltd., et al,* No.3:12-cv-05682-JCS, be deemed related to *Young v. LG Chem, Ltd., et al.,* No. 4:12-cv-05129-YGR, the first filed case in this district, which is presently assigned to the Honorable Judge Yvonne Gonzalez Rogers.

DATED:  November 9, 2012              **BERMAN DEVALERIO**

By:   /s/ Todd A. Seaver
      Todd A. Seaver

Joseph J. Tabacco, Jr.
Sarah Khorasanee McGrath
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282
Email: jtabacco@bermandevalerio.com
            tseaver@bermandevalerio.com
            smcgrath@bermandevalerio.com

Simon Bahne Paris
Patrick Howard
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-3986
Facsimile: (215) 496-0999
Email:  sparis@smbb.com
            phoward@smbb.com

*Counsel for Plaintiff in Univisions-Crimson Holding, Inc. v. Samsung SDI Co., Ltd. et al,, Case No.3:12-cv-05682-JCS*