SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com

Attorneys for Defendant
SAMSUNG SDI AMERICA, INC.

*Counsel for Additional Moving Defendants
Listed On Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>LG CHEM, LTD., et al.,<br><br>    Defendants.<br><br>And Related Actions:<br><br>ALFRED H. SIEGEL v. LG CHEM, LTD., et al., No. 12-cv-5678-YGR<br><br>MIKE KATZ-LACABE v. HITACHI LTD., et al., No. 12-cv-5681-YGR<br><br>UNIVISION-CRIMSON HOLDING INC. v. SAMSUNG SDI CO., LTD., et al., No. 12-cv-5682-YGR<br><br>BRIAN HANLON v. LG CHEM, LTD., et al., No. 12-cv-5159-YGR | Case No.: 12-cv-5129-YGR<br><br>Related Actions<br><br>**DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Civil L.R. 7-11] |

1  CHARLES CARTE v. SAMSUNG SDI CO., LTD., et al., No. 12-cv-5268-YGR
2  
3  NICOLE M. GRAY v. SAMSUNG SDI CO., LTD., et al., No. 12-cv-5274-YGR
4  
5  RON NELSON, JR. v. SAMSUNG SDI CO., LTD,. et al., No. 12-cv-5516-YGR
6  JAMES O'NEIL v. HITACHI LTD., et al., No. 12-cv-5532-YGR
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

SMRH:407716807.2

DEFENDANTS' ADMINISTRATIVE MOTION
TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-11 and the Court's September 12, 2012 Standing Order in Civil Cases, the undersigned defendants[1] hereby move to continue the Case Management Conference currently scheduled in the above-entitled related actions (the "Related Actions") for Monday, January 28, 2013 at 1:00 p.m.[2] *See* December 5, 2012 Clerk's Notice Setting Case Management Conference (Case No. 4:12-cv-05681, Dkt. No. 7).

The Related Actions are just a few of the forty (40) substantially similar putative class actions filed to date in various district courts across the United States, all of which are currently the subject of a Motion for Transfer for Coordinated or Consolidated Pretrial Proceedings pursuant to 28 U.S.C. §1407 (the "Motion for Transfer") now pending before the U.S. Judicial Panel on Multidistrict Litigation (the "JPML"). In connection with the Motion for Transfer, the interested parties have agreed that transfer and coordination or consolidation of the various pending putative class actions is appropriate, but have not agreed on the transferee venue, advocating variously for transfer to the District of New Jersey, the Northern District of California, and the Southern District of California. Defendants unanimously support transfer to the Northern District of California. Oral argument on the Motion for Transfer is scheduled to take place before the JPML on January 31, 2013 in Orlando, Florida (M.D. Fla.). Based on recent past experience, defendants anticipate that the JPML will issue its ruling on the Motion for Transfer within two to three weeks after the hearing.

Defendants believe it would be more efficient for the Court to conduct a Case Management Conference in the Related Actions after the JPML has ruled on the Motion for Transfer and transferred the pending putative class actions for coordinated or consolidated pretrial proceedings to a specific transferee Court. Indeed, depending on the transferee venue selected by the JPML, this Court may never be called on to conduct a Case Management Conference in the Related Actions. In addition, it would be nearly impossible to have an effective Case

---

[1]   The moving defendants include all defendants which have appeared in the above-entitled related actions.

[2]   As required by Civil Local Rule 7-11(a), a Proposed Order and the Declaration of Michael W. Scarborough have been served and filed concurrently with this motion.

Management Conference and related meet and confer discussions before plaintiffs' class liaison counsel have been selected and vested with the authority to make commitments and enter into stipulations on behalf of all plaintiffs, including the many who have filed cases in other districts. At present, the plaintiffs in the Related Actions (not to mention the plaintiffs in the dozens of substantially similar cases pending in other districts) are represented by no fewer than nine separate law firms, none of which have authority to speak for any party other than their own respective clients.  In fact, in response to defendants' proposals to request the continuance sought by this motion, counsel for several of the plaintiffs in the Related Actions indicated that they were amenable to a continuance of the Case Management Conference and to defendants' draft stipulation and proposed order to that effect, while counsel for the remaining plaintiffs indicated that they would not stipulate to such a continuance.

Accordingly, defendants respectfully request that the Case Management Conference currently set for January 28, 2013 be taken off calendar, subject to rescheduling at the Court's convenience in the event the MDL proceeding is assigned to this Court.

Respectfully submitted,

DATED:  January 4, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    */s/ Michael W. Scarborough*
MICHAEL W. SCARBOROUGH
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:415-434-9100
Facsimile: 415-434-3947

*Counsel for Defendant
Samsung SDI America, Inc.*

WINSTON & STRAWN LLP

By:   */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER
A. Paul Victor
Eva W. Cole
Jeffrey J. Amato
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700

MORRISON & FOERSTER LLP
Roxann E. Henry
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone:  (202) 887-1500
Facsimile:   (202) 887-0763

*Counsel for Defendants*
*Panasonic Corporation of North America and*
*Sanyo North America Corporation*


STEPTOE & JOHNSON LLP

By:   */s/ Kenneth P. Ewing*

KENNETH P. EWING
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

*Counsel for Defendant LG Chem America, Inc.*


COOLEY LLP

By:   */s/ John C. Dwyer*

JOHN C. DWYER
101 California Street, 5th Floor
San Francisco, CA  94111-5800

*Counsel for Defendant Sony Electronics Inc.*

1                          VINSON & ELKINS LLP

2                  By:     */s/ Craig P. Seebald*

3                          CRAIG P. SEEBALD
                            2200 Pennsylvania Avenue NW,
4                          Suite 500 West
                           Washington, DC 20037-1701
5                          Telephone: (202) 639-6500
                           Facsimile: (202) 879-8995
6

7                          MATTHEW J. JACOBS
                           525 Market Street, Suite 2750
8                          San Francisco, California 94105
                           Telephone: (415) 979-6990
9                          Facsimile: (415) 651-8786

10                          *Counsel for Defendant Maxell Corporation of*
11                          *America*

12

13       The filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

14

-4-