UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: LITHIUM ION BATTERIES

ANTITRUST LITIGATION                                  Case No.: 13-MD-2420-YGR

_____

This document relates to:                              USDC Individual action

Individual Action 16-cv-17235 [USCA no.]               4:12-cv-5129-YGR

Kevin Young, et al., Plaintiffs,

v.

LG Chemical Ltd., et al., Defendants.

_____

# [~~PROPOSED~~] ORDER RE MOTION TO WITHDRAW AS ATTORNEY

Pursuant to C.D. CA. L.R. 44-2(b), attorney David G. Scott has filed his Motion to Withdraw as Attorney of Record for Plaintiff A-1 Computers, Inc. Mr. Scott moves this Court for an order granting his Motion to Withdraw. Plaintiff A-1 Computers, Inc. continues to be represented by John G. Emerson of Emerson Scott, LLP.

Upon consideration, the Court finds the Motion to Withdraw as Attorney of Record for Plaintiff A-1 Computers, Inc. should be and hereby is **GRANTED**.

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISCTRIC COURT JUDGE

_____April 23, 2018_____
DATE